# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> ANTOINE MOUTON, ) <br> Defendant. ) | Case No. 2:15-cr-00346-GMN-NJK <br><br> ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING NEW COUNSEL <br><br> (Docket No. 22) |

Pending before the Court is Defendant's counsel's motion to withdraw as counsel. Docket No. 22. For good cause shown, the Court hereby GRANTS the motion. Docket No. 22.

Additionally, IT IS HEREBY ORDERED that JAMES A. ORONOZ is APPOINTED as counsel for Defendant Antoine Mouton in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Oronoz forthwith.

IT IS SO ORDERED.

DATED: May 19, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge