**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ANTOINE MOUTON,<br><br>      Defendant. | CASE NO: 2:15-cr-346-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 26) |

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Report on Defendant ANTOINE MOUTON.

DATED August 1 _____ day of _____, 2016.

_____
United States Magistrate Judge