# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**August 24, 2018**

Name of Offender: **Antoine Mouton**

Case Number: **2:15CR00346**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **April 21, 2017**

Original Offense: **Sex Offender Failure to Register**

Original Sentence: **30 Months prison, followed by 420 Months TSR.**

Date Supervision Commenced: **July 6, 2018**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

**Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 90 days, and you must follow the rules and regulations of the location monitoring program. You must contribute to the costs of the program based on your ability to pay.

  ☒ GPS Monitoring (including hybrid GPS).

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation

RE: Antoine Mouton

Prob12B
D/NV Form
Rev. June 2014
officer **(Home Detention)**.

## CAUSE

Mr. Mouton commenced supervision on July 6, 2018. The undersigned officer submitted a warrant request on Mr. Mouton on July 25, 2018, after the officer was unable to locate the offender. The warrant request was subsequently withdrawn after the undersigned officer learned that Mr. Mouton was in local custody on an unrelated domestic violence charge that occurred prior to the onset of supervision.

Mouton released back to the community on or about August 2, 2018. The offender initially released to the Las Vegas Community Correction Center, but eventually moved into a weekly apartment with his wife, Anise Mouton, on or about August 10, 2018. At this same time, the undersigned officer became aware through an internet investigation that Anise Mouton had posted at least 17 advertisements on several different websites known to promote sex trafficking. Examples of the websites were "Backpage.com", "Skip the games", and "Call Escort". Anise was found posing in lingerie with advertisements stating that she was available for services in Oakland and the East Bay area of San Francisco.

Anise was questioned about her involvement as a sex worker. She readily admitted that she was a sex worker, but indicated that the only time she involved herself in this activity was while Mr. Mouton was in custody. The last advertisement found was in November of 2017. The undersigned officer was apprehensive to have Mr. Mouton reside with Anise, however, the two are legally married and Anise made it very clear that she wished to have Mr. Mouton back with her and she was no longer participating in prostitution related activities.

Over the next week, Mouton and his wife moved to two different local apartments, and ultimately rented a room at the Harbor Island Apartments in Las Vegas, on or about August 15, 2018. The undersigned officer conducted a home visit on Mr. Mouton on August 17, 2018. Mouton and his wife were present at the residence and Mr. Mouton's cellular phone was found in plain view in the bedroom. The officer obtained consent to search Mr. Mouton's phone. The officer immediately discovered several pornographic videos that had been downloaded to the device. The officer also found dozens of webpages associated with escort websites.

Mr. Mouton was informed that he had violated his pornography prohibition condition and the cellular phone would need to be seized for further review. A further review of the cellular phone revealed a rather disturbing trend. Mr. Mouton appears to be communicating with several females and transsexual individuals who have been identified as potential prostitutes. Mouton immediately began communicating with these individuals as soon as he was released beginning on July 6, 2018. Based on the undersigned officer's training and understanding of the sex trafficking culture, and certain vernacular used in this culture, it appears that many of the text communications involve Mr. Mouton trying to solicit prostitutes for the purposes of "pimping" these individuals. It does not appear however, that Mouton was successful in achieving these goals. Specifically, the officer did not find any text messages or communications that suggest

RE: Antoine Mouton

Prob12B
D/NV Form
Rev. June 2014

Mr. Mouton is specifically controlling or coercing individuals into sex trafficking for monetary gain.

The officer's extensive review of the cellular phone and as stated above found dozens of pornographic videos and escort sites, but the officer found absolutely no evidence of Mr. Mouton trying to obtain employment. On August 24, 2018, Mouton was confronted on the content on his phone. The offender acknowledges that he was in communication with many sex workers, but he claimed it was in order for him to make contact with local "Las Vegas Pimps", whom he might know, in order to help him financially. Mouton went on to state that his whole life he has committed petty crimes and he also admitted that often times his petty crimes have turned into larger felony crimes. He has an extremely hard time living a "straight life". When he finds himself in a position of despair, or if he is short on money, he immediately resorts to association with criminals in order to fulfill his needs. Furthermore, Mouton indicated that several years ago he was a material witness in a very high profile double-homicide case in Las Vegas. Mouton indicated that following the conviction of the defendant in that case he was labeled as a "snitch".

Mouton feels that his life is in constant jeopardy. He went on to explain that many well known rappers and local celebrities have literally called him out by name as a "snitch" and "informant" on social media platforms. Mouton states that he has now embraced his identity as an informant and wishes to work with law enforcement agencies to further bring other criminals to justice. Mouton desires to use his knowledge of certain criminal conspiracies in order to eventually convince the court to get him off of supervised release and work as a full time informant. The problem is that Mr. Mouton himself seems to be involved in criminal activity and may be doing more damage than good presently.

While the undersigned officer does believe that Mr. Mouton was reaching out to other criminals in order to secure income, it still appears that Mr. Mouton has sexually deviant thoughts and behaviors. It is further opined, that Mouton may be actively "pimping" or sex trafficking people, or at least in the process of "harvesting" individuals. At this particular point, Mr. Mouton has clearly violated his terms of supervision in at least two ways. Mouton has associated with individuals involved in criminal activity, and he has possessed and viewed pornography. It should also be noted that Mr. Mouton was found to be communicating with a man named Tyral King. King is on active federal supervision in Las Vegas for a sex trafficking charge.

The probation officer has presented the current findings on Mr. Mouton to the Las Vegas Metropolitan Police Department and further investigation of the case is pending. In the meantime, the undersigned officer has proposed to Mr. Mouton that he be placed on home confinement with GPS monitoring for a period of 90 days. Mouton and his wife Anise have been encouraged by the undersigned officer to find legitimate forms of employment as quickly as possible. Mr. Mouton has been specifically told that while on GPS monitoring he will need to aggressively pursue employment and he will not be permitted to participate in any activities that have not been approved in advance by the probation officer.

The undersigned officer believes that Mr. Mouton must make some very drastic changes in order for him to be successful on supervision. If the undersigned officer finds that Mouton is unwilling to make those changes, a warrant request will be submitted to Your Honor. Mouton has agreed to

the aforementioned modification, the probation form 49, waiver of hearing, is attached for Your Honor's review.

Respectfully submitted,

Steven M. Goldner
2018.08.24
15:15:00 -07'00'

_____
Steve M Goldner
Senior United States Probation Officer

Approved:

Benjamin Johnson
2018.08.24 14:36:10
-07'00'

_____
Benjamin B. Johnson
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

August 29, 2018
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 90 days, and you must follow the rules and regulations of the location monitoring program. You must contribute to the costs of the program based on your ability to pay.

   ☒ GPS Monitoring (including hybrid GPS).

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer **(Home Detention)**.

Witness _____  Signed _____
U.S. Probation Officer                 Probationer or Supervised Releasee
Steve Goldner                           Antoine Mouton

_____24-Aug-2018_____
Date