RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Antoine Mouton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> ANTOINE MOUTON, <br><br> Defendant. | Case No. 2:15-cr-00346-GMN-NJK <br><br> **STIPULATION TO CONTINUE REVOCATION HEARING** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Antoine Mouton, that the Revocation Hearing currently scheduled on August 3, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation and prepare for Mr. Mouton's revocation hearing and sentencing. The additional time will also permit counsel to discuss resolution of the matter.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 29th day of July 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Peter S. Levitt*<br>PETER S. LEVITT<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>ANTOINE MOUTON,<br><br>      Defendant. | Case No. 2:15-cr-00346-GMN-NJK<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 3, 2021 at 11:00 a.m., be vacated and continued to August 24, 2021, at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

      DATED this  30  day of   July    2021.

                                                _____
                                                UNITED STATES DISTRICT JUDGE