UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:12-CR-00049-RCJ |
|---|---|
| Plaintiff, | REASSIGNMENT ORDER |
| v. | |
| ANTOINE MOUTON, | |
| Defendant. | |

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00346-GMN-NJK |
|---|---|
| Plaintiff, | REASSIGNMENT ORDER |
| v. | |
| ANTOINE MOUTON, | |
| Defendant. | |

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties.

///

///

///

Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:12-CR-00049-RCJ is reassigned to District Judge Gloria M. Navarro and Magistrate Judge Nancy J. Koppe and all future pleadings must bear case number 3:12-CR-00049-GMN-NJK.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket(s) to reflect this reassignment.

IT IS SO ORDERED.

DATED this 14th day of September 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED this __15__ day of September 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE