JASON M. FRIERSON
United States Attorney
Nevada State Bar No. 7709
EDWARD G. VERONDA
Assistant United States Attorneys
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
edward.g.veronda@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>ANTOINE MOUTON<br><br>           Defendant. | Case No. 2:15-cr-00346-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Antoine Mouton, that the Revocation Hearing currently scheduled on April 17, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. If defendant does not admit to the petition, the Government will have to call two witnesses. Currently, one of the witnesses is not available for testimony for the scheduled April 17, 2024 hearing.

2. Defense counsel needs additional time to review discovery, conduct investigations, and prepare for the revocation hearing.

3. The parties are discussing and negotiating the possibility of an agreement. Mr. Mouton would need additional time to review and discuss the terms of any such agreement with his counsel.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Aden Kahssai<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By /s/ Edward G. Veronda<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOINE MOUTON<br><br>Defendant. | Case No. 2:15-cr-00346-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 17, 2024, at 11:00 a.m., be vacated and continued to June 24, 2024 at the hour of 9:00 a.m.

DATED this 16 day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE