# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00346-GMN-NJK |
| Plaintiff, | ORDER |
| v. | (Docket No. 152) |
| ANTOINE MOUTON, | |
| Defendant. | |

Pending before the Court is a motion for a hearing regarding Antoine Mouton's request to appoint CJA counsel. Docket No. 152; *see also* Docket No. 153 (corrected image). The Court hereby **SETS** a hearing on that motion for 2:00 p.m. on June 12, 2024, in Courtroom 3C. Defendant must be present for the hearing.

IT IS SO ORDERED.

DATED: June 10, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE