KENDALL S. STONE, ESQ.
Nevada Bar No. 15337
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ANTOINE MOUTON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

vs.

ANTOINE MOUTON

　　　　　　　Defendant.

Case No.: 2:15-cr-00346-GMN-NJK

**STIPULATION TO CONTINUE REVOCATION HEARING**

(Second Request)

　　　IT IS HEREBY STIPULATED by and between ANTOINE MOUTON, Defendant, by and through his counsel KENDALL S. STONE, ESQ, and the United States of America, EDWARD VERONDA, Assistant United States Attorney, that revocation hearing in the above-captioned matter currently scheduled for June 24, 2024 at the hour of 9:00 AM, be vacated and continued to time convenient to the Court but no sooner than thirty days or to a date and time to be set by this Honorable Court.

　　　The Stipulation is entered into for the following reasons:

　　　1.　　That defense counsel was recently appointed to the case on June 13, 2024.

　　　2.　　That counsel for Mr. Mouton has just recently review the file for Mr. Mouton's case.

　　　3.　　That counsel needs additional time to meet with Mr. Mouton to discuss the matter and prepare for the revocation hearing.

　　　4.　　That Defendant is incarcerated and has no objection to the continuance.

　　　5.　　That Counsel for the Government has no objection to the continuance.

1

6. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

7. Additionally, denial of this request for continuance would result in a miscarriage of justice.

8. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

9. This is the second stipulation to continue filed herein.

DATED this 21st day of June 2024.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| KENDALL S. STONE, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>ANTOINE MOUTON | EDWARD VERDONDA<br>ASSISTANT UNITED STATES ATTORNEY<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-cr-00346-GMN-NJK |
| Plaintiff, ) | |
| v. ) | FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| ANTOINE MOUTON, ) | |
| ) | (Second Request) |
| Defendant. ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. That defense counsel was recently appointed to the case on June 13, 2024.
2. That counsel for Mr. Mouton has just recently review the file for Mr. Mouton's case.
3. That counsel needs additional time to meet with Mr. Mouton to discuss the matter and prepare for the revocation hearing.
4. That Defendant is incarcerated and has no objection to the continuance.
5. That Counsel for the Government has no objection to the continuance.
6. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.
7. Additionally, denial of this request for continuance would result in a miscarriage of justice.
8. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.
9. This is the second stipulation to continue filed herein.

## CONCLUSIONS OF LAW

Denial of this request would deny the parties herein the opportunity to effectively and thoroughly prepare for the revocation hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

**IT IS ORDERED** that the revocation hearing currently scheduled for June 24, 2024 at the hour of 9:00 AM, be vacated and continued to this __31st__ day of __July__, 2024, at the hour of _9:00_ a.m. in Courtroom _7D_.

DATED this __21__ of __June__, 2024.

_____
U.S. DISTRICT JUDGE