KENDALL S. STONE, ESQ.
Nevada Bar No. 15337
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ANTOINE MOUTON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTOINE MOUTON

        Defendant.

Case No.: 2:15-cr-00346-GMN-NJK

**STIPULATION TO CONTINUE REVOCATION HEARING**

(Third Request)

IT IS HEREBY STIPULATED by and between ANTOINE MOUTON, Defendant, by and through his counsel KENDALL S. STONE, ESQ, and the United States of America, EDWARD VERONDA, Assistant United States Attorney, that revocation hearing in the above-captioned matter currently scheduled for July 31, 2024 at the hour of 9:00 AM, be vacated and continued to time convenient to the Court but no sooner than sixty days or to a date and time to be set by this Honorable Court.

The Stipulation is entered into for the following reasons:

1. That counsel for Mr. Mouton needs additional time to review discovery, conduct investigation, and prepare for the revocation hearing.

2. That one of the violations alleged in the petition is a new law violation that may have an effect on any proposed resolution or negotiation in this matter.

3. That Defendant is incarcerated and has no objection to the continuance.

4. That Counsel for the Government has no objection to the continuance.

1

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

This is the third stipulation to continue filed herein

DATED this 26th day of July 2024.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| KENDALL S. STONE, ESQ. | EDWARD VERDONDA |
| 601 LAS VEGAS BOULEVARD, SOUTH | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR DEFENDANT | LAS VEGAS, NEVADA 89101 |
| ANTOINE MOUTON | |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-cr-00346-GMN-NJK |
| Plaintiff, ) | |
| v. ) | FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| ANTOINE MOUTON, ) | |
| ) | (Third Request) |
| Defendant. ) | |
| _____ ) | |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. That counsel for Mr. Mouton needs additional time to review discovery, conduct investigation, and prepare for the revocation hearing.

2. That one of the violations alleged in the petition is a new law violation that may have an effect on any proposed resolution or negotiation in this matter.

3. That Defendant is incarcerated and has no objection to the continuance.

4. That Counsel for the Government has no objection to the continuance.

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

This is the third stipulation to continue filed herein

## CONCLUSIONS OF LAW

Denial of this request would deny the parties herein the opportunity to effectively and thoroughly prepare for the revocation hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

**IT IS ORDERED** that the revocation hearing currently scheduled for July 31, 2024 at the hour of 9:00 AM, be vacated and continued to this __16th__ day of __October__, 2024, at the hour of __10:00__ a.m. in Courtroom __7D__.

DATED this __26__ of __July__, 2024.

_____
U.S. DISTRICT JUDGE