# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOINE MOUTON,<br><br>Defendant. | Case No. 2:15-cr-00346-GMN-NJK<br><br>**Order**<br><br>[Docket No. 166] |

Pending before the Court is a motion to withdraw as counsel filed by Defendant Antoine Mouton's appointed attorney, Kendall Stone. Docket No. 166.

Based on Attorney Stone's representations, the Court **GRANTS** the motion. Docket No. 166. The Court **ORDERS** the immediate appointment of new counsel from the CJA panel to represent Defendant. New counsel is directed to contact Attorney Stone immediately upon appointment to arrange for the transfer of the file.

IT IS SO ORDERED.

DATED: November 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge