CHRISTOPHER S. MISHLER, ESQ. (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Antoine Mouton*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOINE MOUTON,<br><br>Defendant. | Case No. 3:12-cr-049-GMN-NJK<br>           2:15-cr-346-GMN-NJK<br><br>Stipulation to Continue Supervised Release Revocation Hearing |

IT IS HEREBY STIPULATED AND JONTLY AGREED by and between, Sue Fahami, Acting United States Attorney, District of Nevada, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Christopher Mishler, counsel for defendant Antoine Mouton, that the Supervised Release Revocation Hearing currently scheduled on March 19, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than June 23, 2025.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant is needs additional time to review discovery and discuss the case with Mr. Mouton.

2. There are ongoing negotiations for potential resolutions between counsel which require additional time to resolve.

3. The case will be impacted by the decision of the Ninth Circuit in the *en banc* rehearing of the *Duarte* case, and this continuance will allow for additional time for a decision in that case.

4. Mr. Mouton is incarcerated and agrees to the continuance.

5. This continuance is not sought for purposes of delay.

DATED this 24th day of February, 2025.

|  |  |
|---|---|
|  | SUE FAHAMI<br>Acting United States Attorney |
| */s/ Christopher Mishler*<br>By_____<br>CHRISTOPHER MISHLER<br>Counsel for Antoine Mouton | */s/ Tina Snellings*<br>By_____<br>TINA SNELLINGS<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOINE MOUTON,<br><br>Defendant. | Case No. 3:12-cr-049-GMN-NJK<br>2:15-cr-346-GMN-NJK<br><br>**ORDER** |

Based on the pending Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Supervised Release Revocation Hearing currently scheduled on March 19, 2025, be vacated and continued to July 8, 2025 at the hour of 10:00 a.m.

DATED this __24__ day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE

2